

**THE LEGAL AID SOCIETY**

199 WATER STREET   NEW YORK, N.Y. 10038   TEL: 212-577-3688   FAX: 212-509-8431   www.legal-aid.org

*Theodore A. Levine*
President

*Steven Banks*
Attorney-in-Chief

*Seymour W. James, Jr.*
Attorney-in-Charge of
The Criminal Practice

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2008
```

June 11, 2008

Hon. Shira A. Scheindlin
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street Street, Courtroom 15C
New York, New York 10007-1312

<u>John Dingle v. James Mance</u>
08 CV 2044

Your Honor:

    I represent James Dingle, in the above-entitled <u>habeas corpus</u> petition. Your Honor established a briefing schedule requiring respondent to submit his answer by July 15<u>th</u> and for petitioner to file his reply by July 30<u>th</u>.

    I will be out of the country, to attend a family wedding, from July 10<u>th</u> through July 20<u>th</u> and back in my office on July 21<u>st</u>. Therefore, I am writing to request an extension of time, until August 4<u>th</u>, to file petitioner's reply memorandum. Respondent's counsel has consented to my request.

    Thank you for your attention to this request.

Respectfully submitted,

*/s/ Steven Berko*
Steven Berko
Associate Appellate Counsel
(212) 577-3904

Cc: Hon. Robert T. Johnson
    Bronx County District Attorney
    198 East 161<u>st</u> Street
    Bronx, New York, New York 10451

    Attn: Christopher Blira-Koessler, Esq.

*[Handwritten:]* Petitioner's request is granted. Petitioner may file his reply by August 4, 2008. SO ORDERED.

*/s/ Shira A. Scheindlin*
Shira A. Scheindlin, USDJ

Date: June 13, 2008